# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel KATHLEEN BRYANT, <br><br> Plaintiff, <br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC., et al. <br><br> Defendants. | No. 3:14-cv-2195 <br><br> JUDGE SHARP <br> MAGISTRATE JUDGE <br> HOLMES |

## FINAL ORDER

This matter is before the Court on Relator Bryant's Motion for Award of Attorneys' Fees, Costs, and Expenses (DE # 206 Case No. 3:11-cv-442), as well as the Joint Motion to Approve Stipulated Attorneys' Fees, Expenses, and Costs.

For good cause shown, both motions are hereby GRANTED.

In accordance with the Stipulation Concerning Amount of Attorney Fees, Expenses, and Costs ("Stipulation") (DE # 137), IT IS HEREBY ORDERED AS FOLLOWS:

1. This action is hereby deconsolidated from *U.S. ex rel. Cook-Reska v. Cmty. Health Sys., Inc., et al.*, No. 3:14-cv-2160; *U.S. ex rel. Reuille v. Cmty. Health Sys. Prof'l Servs., Corp., et al.*, No. 3:15-cv-110.

2. Defendants shall pay $330,000.00 to Relator Bryant pursuant to 31 U.S.C. § 3730(d) as full and complete payment of the attorneys' fees, expenses, and costs that Relator Bryant has incurred through the date of this Order;

3. Consistent with the Stipulation, Relator Bryant and Defendants may appeal or cross-appeal this Court's August 6 Opinion and the issue of Relator Bryant's entitlement to attorneys' fees. Nothing in this Order waives or prejudices Relator Bryant or Defendants' rights to appeal, cross-appeal or challenge Relator Bryant's entitlement to any attorneys' fees; however, neither Defendants not Relator Bryant may appeal or challenge the amount of fees, expenses, and costs that Defendants are hereby ordered to pay (*i.e.*, $330,000.00);

4. All other provisions in the Stipulation are expressly incorporated in this Order.

5. This constitutes the Final Order in this action.

IT IS SO ORDERED.

_____
Kevin H. Sharp
Chief U.S. District Court Judge
Middle District of Tennessee

SUBMITTED FOR ENTRY ON November 20, 2015:


/s/ Mitchell R. Kreindler
**Mitchell R. Kreindler**
**Sharon M. Gurak**
Kreindler & Associates
9219 Katy Freeway, Suite 206
Houston, TX 77024-1415
(713) 647-8888
Fax: (713) 647-8889
mkreindler@blowthewhistle.com
sgurak@blowthewhistle.com

**Stephen G. Young**
Robinson, Reagan & Young, P.C.
446 James Robertson Parkway, Suite 200
Nashville, TN 37219
(615) 726-0900
Fax: (615) 256-3634
syoung@rrylaw.com

*Attorneys for Relator Kathleen A. Bryant*

/s/  William M. Outhier
**John R. Jacobson**
**William M. Outhier**
**RILEY WARNOCK & JACOBSON, PLC**
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
jjacobson@rwjplc.com
wouthier@rwjplc.com

**Michael L. Waldman**
**ROBBINS, RUSSELL, ENGLERT, ORSECK UNTEREINER & SAUBER LLP**
1801 K Street, NW
Suite 411L
Washington, DC 20006
(202) 775-4500
mwaldman@robbinsrussell.com
rsauber@robbinsrussell.com

*Counsel for Defendants*